# 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 685-989                                                    DIVISION "B"
                                                               JUDGE CORNELIUS E. REGAN

JANICE FAYETTE

VERSUS

SEARS, ROEBUCK AND CO. AND KMART CORPORATION

FILED:_____                    _____
                                    DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of **JANICE FAYETTE** of the full age of majority and a resident of the Parish of Jefferson, State of Louisiana, with respect represents:

1.

Made defendants herein are:

**SEARS, ROEBUCK AND CO.**, a corporation authorized to do and doing business in this Parish and State;

**K-MART CORPORATION**, a corporation authorized to do and doing business in this Parish and State

2.

Defendants herein are jointly and in solido liable and indebted unto petitioner for such damages as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, medical expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body, loss of consortium together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following to-wit:

3.

On or about June 5, 2009, an incident occurred at the K-MART store on Belle Chasse Highway, in Gretna, Louisiana. At that time plaintiff, while shopping in the store fell as a result of a substance on the floor. K-Mart had knowledge of this unreasonably dangerous condition, yet failed to timely clean the substance from the floor. Said accident caused severe

EXHIBIT A

and disabling injuries to the plaintiff, **JANICE FAYETTE.**

4.

The sole and proximate cause of the above referenced accident was the negligence and fault of the defendants, **SEARS, ROEBUCK AND CO.**, which is attributed to but not limited to the following non-exclusive particulars:

    **a)** Failure to provide a safe premise for guests;

    **b)** Allowing a dangerous condition to exist for an unreasonable length of time in the area in question;

    **c)** Defendants knew or should have known of the unsafe condition of the area in question;

    **d)** Failure to make timely repairs and/or maintenance to the area in question;

    **e)** Failure to remedy a hazardous condition;

    **f)** Failure to warn its guests of an unsafe condition;

    **g)** Failing to make sure that there were not any guest in the path of moving a piece of furniture;

    **h)** Failing to have a look out to make sure that no one was walking while the employees were moving;

    **i)** Any and all other acts of negligence which may be proven at the trial of this matter.

5.

As a result of the above referenced accident and negligence of the defendant, **JANICE FAYETTE**, suffered severe and disabling injuries and is entitled to recover such damages as are reasonable in the premises.

6.

Petitioner pleads the doctrine of res ipsa loquitur.

WHEREFORE, petitioner prays that defendants be duly cited and served with a copy of this petition and, after all due proceedings are had, there be a judgment in favor of petitioner and against the defendants, **SEARS, ROEBUCK AND CO. AND K-MART CORPORATION**, jointly and in solido in amounts as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past mental

pain and suffering, future mental pain and suffering, medical expenses, loss of past earnings, loss of future earning capacity, permanent disability of the body, loss of consortium and penalties and attorney's fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioner further prays for all general and equitable relief.

Respectfully submitted by:

*[signature]*

**Richard P. Voorhies III**
Bar No. 30782
Attorneys for Plaintiff
909 Poydras Street, Suite #1625
New Orleans, Louisiana 70112
Telephone #: (504) 200-0000
Facsimile #: (504) 200-0001

**PLEASE SERVE:**

**Sears, Roebuck, and Co.**
**Through their agent for service**
**C. T. Corporation System**
**5615 Corporate Blvd. Ste. 400B**
**Baton Rouge, LA 70808**

ck 4732

**K-MART Corporation**
**Through their agent for service**
**C.T. Corporation System**
**5615 Corporate Blvd. Ste. 400B**
**Baton Rouge, LA 70808**

685989

IMAGED APR 1 2 2010

(101) Citation: ISS PETITION FOR DAMAGES;      100414-0096-0

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

JANICE FAYETTE
versus
SEARS ROEBUCK AND CO, KMART CORPORATION

Case: 685-989  Div: "B"
P 1 JANICE FAYETTE

To: SEARS ROEBUCK AND CO
THROUGH AGENT CT CORPORATION SYSTEM
5615 CORPORATED BLVD STE 400B
BATON ROUGE LA 70808

EBR#004732$58.72

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney RICHARD P. VOORHIES III and was issued by the Clerk Of Court on the 14th day of April, 2010.

Tamara V. Davis, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES;      100414-0096-0

Received:_____  Served:_____  Returned:_____

Service was made:
____ Personal    ____ Domiciliary _____

Unable to serve:
    ____ Not at this address    ____ Numerous attempts _____ times
    ____ Vacant                 ____ Received too late to serve
    ____ Moved                  ____ No longer works at this address
    ____ No such address        ____ Need apartment / building number
    ____ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
                    Deputy Sheriff
Parish of: _____

(101) Citation: ISS PETITION FOR DAMAGES;                        100414-0097-8

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

JANICE FAYETTE                                         Case: 685-989    Div: "B"
versus                                                   P 1 JANICE FAYETTE
SEARS ROEBUCK AND CO, KMART CORPORATION

To: KMART CORPORATION
THROUGH CT CORPORATION SYSTEM
5615 CORPORATED BLVD STE 400B            EBR#004732$58.72
BATON ROUGE LA 70808

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney RICHARD P. VOORHIES III and was issued by the Clerk Of Court on the 14th day of April, 2010.

_____
Tamara V. Davis, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES;                        100414-0097-8

Received:_____     Served:_____     Returned:_____

Service was made:
     ___ Personal          ___ Domiciliary _____

Unable to serve:
     ___ Not at this address      ___ Numerous attempts _____ times
     ___ Vacant                        ___ Received too late to serve
     ___ Moved                        ___ No longer works at this address
     ___ No such address         ___ Need apartment / building number
     ___ Other _____

Service: $_____      Mileage: $_____      Total: $_____

Completed by:_____ # _____
                       Deputy Sheriff
Parish of: _____

(101) Citation: ISS PETITION FOR DAMAGES;   100414-0097-8

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

JANICE FAYETTE
versus
SEARS ROEBUCK AND CO, KMART CORPORATION

Case: 685-989   DIV "B"
P 1 JANICE FAYETTE

To: KMART CORPORATION
THROUGH CT CORPORATION SYSTEM
5615 CORPORATED BLVD STE 400B
BATON ROUGE LA 70808

EBR#004732$58.72

*2010 APR 27 AM 8:53 FILED FOR RECORD — CODED*

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney RICHARD P. VOORHIES III and was issued by the Clerk Of Court on the 14th day of April, 2010.

Tamara V. Davis, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES;   100414-0097-8

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal   ___ Domiciliary _____

Unable to serve:
___ Not at this address      ___ Numerous attempts _____ times
___ Vacant                   ___ Received too late to serve
___ Moved                    ___ No longer works at this address
___ No such address          ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by: _____  # _____
              Deputy Sheriff
Parish of: _____

APR 20 2010
...de service on the named party through the
CT Corporation
...ng a copy of this document to
☐ LYNETTE BASS   ☐ JULIE CHISM
☐ RODERICK THOMAS
East Baton Rouge, Louisiana
Deputy Sheriff

IMAGED APR 28 2010

(101) Citation: ISS PETITION FOR DAMAGES;        100414-0096-0

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

JANICE FAYETTE
  versus
SEARS ROEBUCK AND CO, KMART CORPORATION

Case: 685-989    Div: "B"
P 1 JANICE FAYETTE

To: SEARS ROEBUCK AND CO
THROUGH AGENT CT CORPORATION SYSTEM
5615 CORPORATED BLVD STE 400B
BATON ROUGE LA 70808

EBR#004732$58.72



PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney RICHARD P. VOORHIES III and was issued by the Clerk Of Court on the 14th day of April, 2010.

Tamara V. Davis, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

### SERVICE INFORMATION

(101) Citation: ISS PETITION FOR DAMAGES;        100414-0096-0

Received:_____    Served:_____    Returned:_____

Service was made:
  ___ Personal     ___ Domicilary _____

Unable to serve:
  ___ Not at this address    ___ Numerous attempts _____ times
  ___ Vacant                ___ Received too late to serve
  ___ Moved                ___ No longer works at this address
  ___ No such address      ___ Need apartment / building number
  ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____
                 Deputy Sheriff
Parish of: _____

*per Latoya - BR sheriff - OHB*

APR 20 2010

Made service on the named party through the CT Corporation by tendering a copy of this document to

☐ LYNETTE BASS    ☐ JULIE CHISM
☐ RODERICK THOMAS

C. [signature]
East Baton Rouge, Louisiana

IMAGED APR 30 2010



## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NUMBER 685,989                                                                DIVISION "B"

**JANICE FAYETTE**

**VERSUS**

**SEARS, ROEBUCK AND CO. AND KMART CORPORATION**

FILED: _____   _____
                                                                DEPUTY CLERK

FILED MAY 18 2010 DEPUTY CLERK

### ANSWER AND AFFIRMATIVE DEFENSES

NOW INTO COURT, through undersigned counsel, come Kmart Corporation and Sears, Roebuck and Co. (collectively "Defendants") who respond to the Petition for Damages of Janice Fayette ("the Petition").

### ANSWER

With respect to the specific allegations contained in the Petition, Defendants, upon information and belief, answer as follows:

**I.**

The allegations of Paragraph 1 of the Petition do not assert contentions of fact and, therefore, no response is required. To the extent a response is required, however, Defendants deny the allegations contained in Paragraph 1 of the Petition for lack of knowledge of information sufficient to justify a belief therein except to admit that Kmart Corporation and Sears, Roebuck and Co. are corporations authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

**II.**

The allegations of Paragraph 2 of the Petition do not assert contentions of fact and, therefore, no response is required. To the extent a response is required, however, Defendants deny the allegations contained in Paragraph 2 of the Petition.

**III.**

IMAGED MAY 26 2010

Defendants deny the allegations contained in Paragraph 3 of the Petition for lack of knowledge or information sufficient to justify a belief therein. Defendants specifically deny any fault or liability for any alleged injuries of the plaintiff.

## IV.

Defendants deny the allegations contained in Paragraph 4 of the Petition, including subparts "a)" through "i)".

## V.

Defendants deny the allegations contained in Paragraph 5 of the Petition for lack of knowledge or information sufficient to justify a belief therein. Defendants specifically deny any fault or liability for any alleged injuries of the plaintiff.

## VI.

The allegations of Paragraph 6 of the Petition do not assert contentions of fact and, therefore, no response is required. To the extent a response is required, however, Defendants deny the allegations contained in Paragraph 6 of the Petition for lack of knowledge of information sufficient to justify a belief therein.

## VII.

Defendants deny any allegations not specifically admitted herein including any WHEREFORE or introductory paragraphs of the Petition.

## DEFENSES

AND NOW IN FURTHER ANSWERING, Defendants assert the following defenses to the Petition:

## FIRST DEFENSE

Defendants aver that plaintiff has failed to state a claim upon which relief can be granted against Sears, Roebuck and Co., which does not own, operate, or maintain the subject premises.

## SECOND DEFENSE

Defendants aver that plaintiff's injuries, if any, were caused by and/or contributed to by the negligence of the plaintiff or by the negligence, fault, strict liability and/or absolute liability of other persons and/or entities for whom or for which Defendants may not be held responsible or accountable, all of which reduces, mitigates, or negates any award or recovery of damages herein.

IMAGED MAY 2 6 2010

685 · 989

### THIRD DEFENSE

Defendants aver that the alleged condition of the premises did not present an unreasonable risk of harm and/or that the risk of harm was not reasonably foreseeable.

### FOURTH DEFENSE

Defendants aver that they did not create the alleged condition and that they did not have actual or constructive notice of the alleged condition.

### FIFTH DEFENSE

Defendants aver that they acted with reasonable care.

### SIXTH DEFENSE

Defendants aver that the damages claimed by the plaintiff are not related to the alleged accident sued upon.

### SEVENTH DEFENSE

Defendants aver that the damages of the plaintiff, if any, are due to a preexisting injury, condition, lesion or disease.

### EIGHTH DEFENSE

Defendants aver that plaintiff failed to mitigate her losses, if any.

### NINTH DEFENSE

Defendants aver that any injuries or damages sustained by the plaintiff were caused or contributed to by unforeseen intervening or superseding causes.

### TENTH DEFENSE

Defendants aver that the damages sought by the plaintiff are too speculative to warrant recovery.

### ELEVENTH DEFENSE

Defendants aver that the emotional distress suffered by the plaintiff, if any, was not reasonably foreseeable.

### TWELFTH DEFENSE

Defendants specifically reserve the right to plead and assert additional affirmative defenses after further discovery and investigation have been conducted, and Defendants intend to avail themselves of all constitutional, statutory, and jurisprudential defenses.

IMAGED MAY 2 6 2010

## JURY DEMAND

Defendants request a jury trial.

WHEREFORE, Defendants pray that, after due proceedings are had, there be judgment entered in their favor, dismissing the claims of Janice Fayette. Defendants further pray for all just and equitable relief to which they may be entitled.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Neil C. Abramson T.A. (Bar #21436)
Taylor P. Mouledoux (Bar #31889)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

**ATTORNEYS FOR DEFENDANTS KMART CORPORATION AND SEARS, ROEBUCK AND CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel by United States mail, certified, return receipt requested, facsimile, electronically, UPS, FedEx, overnight delivery and/or hand delivery on May 18, 2010.

_____

IMAGED MAY 26 2010

- 4 -

PD.3991019.1

# PHELPS DUNBAR LLP
—— COUNSELORS AT LAW ——

Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
(504) 566-1311
FAX: (504) 568-9130

FILE FOR RECORD
2010 MAY 18 PM 4:16
DEPUTY CLERK
PARISH OF JEFFERSON, LA

## FACSIMILE COVER SHEET

May 18, 2010

OUR FILE: 09992-0004 (Fayette)

| | |
|---|---|
| TO: | Clerk of Court<br>24th Judicial District Court |
| FACSIMILE NO: | 364-3780 |
| FROM: | Tracy Chappetta for Taylor P. Mouledoux |
| RE: | *Fayette v. Sears, Roebuck and Co. and Kmart Corporation*<br>24th JDC No. 686-989, Division "B" |
| TOTAL PAGES | _____ (INCLUDING THIS PAGE) |
| MESSAGE: | Please file the attached Answer and Affirmative Defenses. I will have the original document and your filing and faxing fees delivered to your office tomorrow.<br><br>Thank you. |

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

IF THERE IS ANY PROBLEM RECEIVING THIS MESSAGE,
PLEASE CALL (504) 566-1311 AND ASK FOR TRACY CHAPPETTA.
FACSIMILE - (504) 568-9130

NEW ORLEANS • BATON ROUGE • JACKSON • TUPELO • HOUSTON • GULFPORT • TAMPA • LONDON
PD.1801712.1

IMAGED MAY 26 2010

Rec orig 5/19/2010
D2 Fax Fee

Due 5-25-10

5-19-10

10:27 AM

In Reference to Case #: ~~686-989~~  685-989
Division: B

**Jon A. Gegenheimer**
Jefferson Parish Clerk of Court



24th Judicial District Court
FAX Filing
P.O. Box 10
Gretna LA 70054-0010
www.jpclerkofcourt.us
Telephone: (504) 364-2987

• TAYLOR P. MOULEDOUX, ATTY.
TRACY CHAPPETTA
FAX # 568-9130

MAY 19, 20 10

# FACSIMILE FILING ACKNOWLEDGMENT

From:  Karen McEvers, Chief Civil Docket Clerk
24th Judicial District Court Civil Department
Jefferson Parish Clerk of Court
(504) 364-2987  FAX: (504) 364-3780

Total Number of Pages: 5

Document Type: **ANSWER AND AFFIRMATIVE DEFENSES, JURY DEMAND**

Case Title: **JANICE FAYETTE VS. SEARS, ROEBUCK AND CO. AND KMART CORP.**

Receipt is hereby acknowledged of the above described document, which was filed at ___4:16___ ☐A.M./☑P.M. on ___MAY 18___, 20 _10_. Per R.S. 13:850, please remit the original pleading within 5 days of faxing to the Jefferson Parish Clerk of Court with funds in the amounts listed below:

| | |
|---|---|
| Check payable to "Jefferson Parish Clerk of Court": | $ **23.00** |
| Check payable to "Orleans Parish Civil Sheriff": | $ |
| Check payable to "Louisiana Secretary of State": | $ |
| Check payable to "East Baton Rouge Sheriff": | $ |
| Check payable to                          : | $ |

Please enclose this acknowledgment when original pleading is filed.

ATTN: Civil Filing Dept.
24th Judicial District Court, Division **B**
Jefferson Parish Clerk of Court
P.O. Box 10
Gretna LA 70054-0010

**PLEASE ADDRESS ALL CORRESPONDENCE TO INCLUDE DIVISION OR DEPARTMENT**

IMAGED MAY 26 2010

FILE FOR RECORD
2010 MAY 18 PM 4:16
DEPUTY CLERK
PARISH OF JEFFERSON, LA

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NUMBER 685,989                                                                         DIVISION "B"

### JANICE FAYETTE

### VERSUS

### SEARS, ROEBUCK AND CO. AND KMART CORPORATION

FILED: _____                                         _____
                                                                                          DEPUTY CLERK

### ANSWER AND AFFIRMATIVE DEFENSES

NOW INTO COURT, through undersigned counsel, come Kmart Corporation and Sears, Roebuck and Co. (collectively "Defendants") who respond to the Petition for Damages of Janice Fayette ("the Petition").

### ANSWER

With respect to the specific allegations contained in the Petition, Defendants, upon information and belief, answer as follows:

I.

The allegations of Paragraph 1 of the Petition do not assert contentions of fact and, therefore, no response is required. To the extent a response is required, however, Defendants deny the allegations contained in Paragraph 1 of the Petition for lack of knowledge of information sufficient to justify a belief therein except to admit that Kmart Corporation and Sears, Roebuck and Co. are corporations authorized to do and doing business in the Parish of Jefferson, State of Louisiana.

II.

The allegations of Paragraph 2 of the Petition do not assert contentions of fact and, therefore, no response is required. To the extent a response is required, however, Defendants deny the allegations contained in Paragraph 2 of the Petition.

III.

Defendants deny the allegations contained in Paragraph 3 of the Petition for lack of knowledge or information sufficient to justify a belief therein. Defendants specifically deny any fault or liability for any alleged injuries of the plaintiff.

IMAGED MAY 26 2010
PD.3991019.1

MAY-18-2010  16:00                              5045689130                              97%                              P.02

IV.

Defendants deny the allegations contained in Paragraph 4 of the Petition, including subparts "a)" through "i)".

V.

Defendants deny the allegations contained in Paragraph 5 of the Petition for lack of knowledge or information sufficient to justify a belief therein. Defendants specifically deny any fault or liability for any alleged injuries of the plaintiff.

VI.

The allegations of Paragraph 6 of the Petition do not assert contentions of fact and, therefore, no response is required. To the extent a response is required, however, Defendants deny the allegations contained in Paragraph 6 of the Petition for lack of knowledge of information sufficient to justify a belief therein.

VII.

Defendants deny any allegations not specifically admitted herein including any WHEREFORE or introductory paragraphs of the Petition.

### DEFENSES

AND NOW IN FURTHER ANSWERING, Defendants assert the following defenses to the Petition:

### FIRST DEFENSE

Defendants aver that plaintiff has failed to state a claim upon which relief can be granted against Sears, Roebuck and Co., which does not own, operate, or maintain the subject premises.

### SECOND DEFENSE

Defendants aver that plaintiff's injuries, if any, were caused by and/or contributed to by the negligence of the plaintiff or by the negligence, fault, strict liability and/or absolute liability of other persons and/or entities for whom or for which Defendants may not be held responsible or accountable, all of which reduces, mitigates, or negates any award or recovery of damages herein.

### THIRD DEFENSE

Defendants aver that the alleged condition of the premises did not present an unreasonable risk of harm and/or that the risk of harm was not reasonably foreseeable.

### FOURTH DEFENSE

Defendants aver that they did not create the alleged condition and that they did not have actual or constructive notice of the alleged condition.

### FIFTH DEFENSE

Defendants aver that they acted with reasonable care.

### SIXTH DEFENSE

Defendants aver that the damages claimed by the plaintiff are not related to the alleged accident sued upon.

### SEVENTH DEFENSE

Defendants aver that the damages of the plaintiff, if any, are due to a preexisting injury, condition, lesion or disease.

### EIGHTH DEFENSE

Defendants aver that plaintiff failed to mitigate her losses, if any.

### NINTH DEFENSE

Defendants aver that any injuries or damages sustained by the plaintiff were caused or contributed to by unforeseen intervening or superseding causes.

### TENTH DEFENSE

Defendants aver that the damages sought by the plaintiff are too speculative to warrant recovery.

### ELEVENTH DEFENSE

Defendants aver that the emotional distress suffered by the plaintiff, if any, was not reasonably foreseeable.

### TWELFTH DEFENSE

Defendants specifically reserve the right to plead and assert additional affirmative defenses after further discovery and investigation have been conducted, and Defendants intend to avail themselves of all constitutional, statutory, and jurisprudential defenses.

## JURY DEMAND

Defendants request a jury trial.

WHEREFORE, Defendants pray that, after due proceedings are had, there be judgment entered in their favor, dismissing the claims of Janice Fayette. Defendants further pray for all just and equitable relief to which they may be entitled.

Respectfully submitted,

PHELPS DUNBAR LLP

BY: _____
Neil C. Abramson T.A. (Bar #21436)
Taylor P. Mouledoux (Bar #31889)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

**ATTORNEYS FOR DEFENDANTS KMART CORPORATION AND SEARS, ROEBUCK AND CO.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel by United States mail, certified, return receipt requested, facsimile, electronically, UPS, FedEx, overnight delivery and/or hand delivery on May 18, 2010.

_____

IMAGED MAY 26 2010

- 4 -

PD.3991019.1

D2
865

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

**NUMBER 685,989**  DIVISION "B"

### JANICE FAYETTE

### VERSUS

### SEARS, ROEBUCK AND CO. AND KMART CORPORATION

FILED: _____   _____
DEPUTY CLERK

**JURY ORDER**

Considering the foregoing Answer and Affirmative Defenses to Plaintiff's Petition for Damages;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter will be tried by jury.

Gretna, Louisiana, this _____ day of _____, 2010.

_____
JUDGE

IMAGED JUN 2 3 2010

PD.4018564.1

# PHELPS DUNBAR LLP
### COUNSELORS AT LAW

| | | |
|---|---|---|
| New Orleans, LA | Canal Place | Jackson, MS |
| Baton Rouge, LA | 365 Canal Street • Suite 2000 | Tupelo, MS |
| Houston, TX | New Orleans, Louisiana 70130-6534 | Gulfport, MS |
| London, England | (504) 566-1311 | Tampa, FL |
| | Fax (504) 568-9130 | |

www.phelpsdunbar.com

TAYLOR P. MOULEDOUX
(504) 584-9214
taylor.mouledoux@phelps.com

June 3, 2010

9992-194

*[Stamp: FILED FOR RECORD 2010 JUN -7 AM 11:12 DEPUTY CLERK PARISH OF JEFFERSON, LA]*

Jon A. Gegenheimer
Jefferson Parish Clerk of Court
P.O. Box 10
Gretna, LA 70054

Attn: Alesia (Div. A, B, C, D Civil Filing)

    Re: *Janice Fayette v. Sears, Roebuck and Co. and Kmart Corporation*
         24th JDC, Parish of Jefferson, No. 685,989

Dear Alesia:

    Enclosed is the Jury Order which was to have been submitted with the Answer and jury demand we recently filed on behalf of Kmart Corporation and Sears. Please have the Jury Order presented to the appropriate Judge for consideration and filing and return a filed stamped copy to me. Enclosed is a self-addressed, stamped envelope for your convenience.

    Thank you for your assistance. If you need anything further, please contact me.

                    Sincerely,

                    *Tracy Chappetta*

                  Tracy Chappetta,
                  Assistant to Taylor P. Mouledoux

:tmc

Enclosures

**IMAGED JUN 2 3 2010**

PD.4022371.1

*685-989 B*

# TWENTY-FOURTH JUDICIAL DISTRICT FOR THE PARISH OF JEFFERSON
## STATE OF LOUISIANA

NO 685-989                                              Division "B"

JANICE FAYETTE

VERUS

SEARS, ROEBUCK AND CO. AND KMART CORPORATION

## JURY ORDER

In accordance with La. Revised Statute 13:3049 and La. C.C.P. Article 1734.1 (A) as amended in 2004 and in lieu of the bond required by La. C.C.P.Article 1734, the mover for a jury trial shall deposit <u>Two Thousand Dollars ($2,000.00)</u> in cash for the first day of trial and <u>Four Hundred Dollars</u> ($400.00) for each additional day the trial is estimated to last. This bond shall be posted when the case is set for trial, no later than **sixty days** prior to trial. The mover for a jury shall serve notice of the posting of the deposit on all parties. If the deposit is not timely made, any other party shall have an additional ten days to make the required deposit. Failure to post the cash deposit shall constitute a waiver of a trial by jury. <u>Should the number of trial days exceed the number of days estimated and for which a pre-payment has been made, Four Hundred ($400.00) Dollars per day shall be posted with the Clerk of Court before the trial reconvenes on any additional day. Failure to make the cash deposit on any day before the trial reconvenes will cause the jury to be stricken.</u>

GRETNA, LOUISIANA, this 16th day of JUNE, 2010

_Cornelius E. Regan_
**JUDGE CORNELIUS E. REGAN**

**CODED**
cc to R. Voorhies III
cc to T. Mouledoux

IMAGED JUN 2 3 2010